IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARRY JAMES OLIVAREZ,** | Case No. 1:14-cv-01354-MJS |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME** |
| v. | |
| **WARDEN,** | |
| Respondent. | |

Respondent has requested a thirty day extension of time in which to file a reply to Petitioner's opposition to Respondent's motion to dismiss. GOOD CAUSE APPEARING, Respondent is GRANTED an extension of time to and including December 14, 2014.

IT IS SO ORDERED.

Dated:   November 17, 2014        /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE